QUIN DENVIR, Bar #49374
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LEVI DOMINGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDY MENDOZA, LEVI DOMINGUEZ,<br>AND  ADALBERTO ONTIVEROS, JR.,<br><br>　　　　　DefendantS.<br>_____ | NO. 1:05-cr-00232 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND SET MOTION BRIEFING SCHEDULE AND ORDER<br><br>Date:　December 12, 2005<br>Time:　9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KATHLEEN A. SERVATIUS, Assistant United States Attorney, counsel for Plaintiff, and NICHOLAS F. REYES, counsel for Defendant ANDY MENDOZA, ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant LEVI DOMINGUEZ, and DAVID A. TORRES, counsel for Defendant ADALBERTO ONTIVEROS JR. that the date for status conference in this matter may be continued to December 12, 2005.  It is also requested that a new motion briefing schedule be ordered.  It is requested that any additional motions may be filed by November 7, 2005; that any response or opposition may be filed by November 28, 2005; that any reply may be filed by December 5, 2005; and that the status conference and hearing on the motions may be set for December 12, 2005.  **The date currently set for status conference is October 3, 2005.  The requested new date is December 12, 2005.**

　　　　This request is made to allow additional time to review discovery, conduct investigation, and file

1  motions prior to the status conference.  All defendants are on pretrial release and not in custody.

2  The parties agree that the delay resulting from the continuance shall be excluded as necessary for
3  effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of pretrial
4  motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

5                                               McGREGOR W. SCOTT
6                                               United States Attorney

7  DATED: September 29, 2005          By  /s/ Kathleen A. Servatius
                                               KATHLEEN A. SERVATIUS
8                                               Assistant United States Attorney
                                             Attorney for Plaintiff
9

10                                              QUIN DENVIR
                                             Federal Public Defender
11

12 DATED: September 29, 2005          By  /s/ Eric V. Kersten
                                               ERIC V. KERSTEN
13                                              Assistant Federal Defender
                                             Attorney for Defendant
14                                              LEVI DOMINGUEZ

15 DATED: September 29, 2005          By  /s/ Nicholas F. Reyes
                                             NICHOLAS F. REYES,
16                                              Attorney for Defendant
17                                              ANDY MENDOZA

18 DATED: September 29, 2005          By  /s/ David A. Torres
                                             DAVID A. TORRES,
19                                              Attorney for Defendant
                                             ADALBERTO ONTIVEROS JR.
20

21

22 **O R D E R**

23 **IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice
24 pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

25
IT IS SO ORDERED.
26
**Dated:     September 30, 2005**             **/s/ Anthony W. Ishii**
27 0m8i78                                     UNITED STATES DISTRICT JUDGE

28