**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile:   (559) 486-4533

Attorney for Defendant
**ANDY LEE MENDOZA**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO. 1:05-CR-00232-AWI** |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| ) | |
| v. ) | |
| ) | |
| ANDY LEE MENDOZA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant ANDY LEE MENDOZA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KATHLEEN A. SERVATIUS, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, February 12, 2007, at 9:00 a.m. be continued to Monday, March 5, 2007 at 9:00 a.m. in the courtroom for the Honorable Anthony W. Ishii, District Judge.

///

///

///

///

///

1

2 **IT IS SO STIPULATED**

3                                             Respectfully submitted,

4

5 Dated: 2-08-07                               /s/ Nicholas F. Reyes
                                                NICHOLAS F. REYES
                                                Attorney for Defendant

6                                             **ANDY LEE MENDOZA**

7

8 **IT IS SO STIPULATED**

9

10 Dated: 2-08-07                              /s/ Kathleen A. Servatius
                                                KATHLEEN A. SERVATIUS

11                                                 Assistant U.S. Attorney

12

13                                            **ORDER**

14

15 IT IS SO ORDERED.

16 **Dated:**    **February 9, 2007**                **/s/ Anthony W. Ishii**

17 0m8i78                                      UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28