**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile:   (559) 486-4533

Attorney for Defendant
**ANDY LEE MENDOZA**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO. 1:05-CR-00232-AWI** |
| ) | |
| Plaintiff, ) | **STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING** |
| ) | |
| v. ) | |
| ) | |
| ANDY LEE MENDOZA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Defendant ANDY LEE MENDOZA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KATHLEEN A. SERVATIUS, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, April 9, 2007, at 9:00 a.m. be continued to Monday, April 23, 2007 at 9:00 a.m. in the courtroom for the Honorable Anthony W. Ishii, District Judge.

///

///

///

///

///

**IT IS SO STIPULATED**

        Respectfully submitted,

Dated: 04-05-07                        /s/ Nicholas F. Reyes
                                      NICHOLAS F. REYES
                                      Attorney for Defendant
                                      **ANDY LEE MENDOZA**

**IT IS SO STIPULATED**

Dated: 04-05-07                        /s/ Kathleen A. Servatius
                                      KATHLEEN A. SERVATIUS
                                      Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   April 6, 2007**             **/s/ Anthony W. Ishii**
0m8i78                                UNITED STATES DISTRICT JUDGE