**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile:   (559) 486-4533

Attorney for Defendant
**ANDY LEE MENDOZA**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **CASE NO. 1:05-CR-00232-AWI** |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO EXONERATE BOND** |
| | ) | |
| v. | ) | |
| | ) | |
| ANDY LEE MENDOZA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Defendant ANDY LEE MENDOZA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KATHLEEN A. SERVATIUS, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the property bond posted for the release of defendant be exonerated. Defendant is presently in custody. The properties are described as follows:

    617 Fairview Road
    Bakersfield, California
    Deed Number 100 202121
    Recorder Number 0205179565

    4304 Keyes Court
    Bakersfield, California
    Deed Number 100 202120
    Recorder Number 0205176566

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 04-19-07                              /s/ Nicholas F. Reyes
                                             NICHOLAS F. REYES
                                             Attorney for Defendant
                                             **ANDY LEE MENDOZA**

**IT IS SO STIPULATED**

Dated: 04-19-07                              /s/ Kathleen A. Servatius
                                             KATHLEEN A. SERVATIUS
                                             Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   April 21, 2007**                  /s/ Anthony W. Ishii
                                             UNITED STATES DISTRICT JUDGE